IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MIKE KARLINSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | Case No. 1:21-cv-03813<br><br>Hon. Charles R. Norgle |

## ORDER

Defendant's motion to dismiss [10] is granted. Having entered an opinion and order as of July 21, 2022, the clerk is directed to enter judgment in favor of Defendant pursuant to Fed. R. Civ. P. 58. Any motion with respect to fees and costs pursuant to Fed R. Civ. P. 54 shall be timely filed. Civil case terminated.

    IT IS SO ORDERED.

ENTER:

_____
CHARLES RONALD NORGLE, Judge
United States District Court

DATE: July 21, 2022